IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BRITTANY SINCLAIR,<br><br>    Plaintiff,<br><br>v.<br><br>MORAN FOODS, LLC,<br><br>    Defendant. | CASE NO. 1:19-cv-02569<br><br>JUDGE SOLOMON OLIVER.<br><br><br><br>**STIPULATED NOTICE OF<br>DISMISSAL WITH PREJUDICE** |

Plaintiff, Brittany Sinclair and Defendant, Moran Foods, LLC, by and through their respective counsel, hereby voluntarily dismiss with prejudice the above captioned case. Each party to bear their own costs and attorney fees.

Respectfully submitted,

By: *s/Gregory V. Mersol*

Gregory V. Mersol (0030838)
Baker Hostetler, LLP
127 Public Square, Suite 2000
Cleveland, OH 44114
T: (216) 681-7935
gmersol@bakerlaw.com

*Attorney for Defendant Moran Foods, LLC*

By: */s/ Claire I. Wade-Kilts*

Claire I. Wade-Kilts (0093174)
Sobel, Wade & Mapley, LLC
55 Erieview Plaza, Suite 370
Cleveland, Ohio 44114
T: (216) 223-7213
F: (216) 223-7213
wade@swmlawfirm.com

*Attorney for Plaintiff*

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
8/26/2020